UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Santina Spears v. Bayer Corp., et al.*        No. 3:11-cv-10892-DRH

*Chasity Patton v. Bayer HealthCare Pharmaceuticals, Inc., et al.*        No. 3:10-cv-10267-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court on defendant's Motion to Dismiss with Prejudice.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order granting the defendant's Motion to Dismiss entered on June 20, 2013, the above captioned cases are **DISMISSED with prejudice**. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:   /s/*Sara Jennings*
        **Deputy Clerk**

Dated:  June 21, 2013

APPROVED:

David R. Herndon
2013.06.21
07:58:12 -05'00'

CHIEF JUDGE
U. S. DISTRICT COURT